IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01775-RBJ

RICHARD MARTINEZ, JR.,

       Plaintiff,

v.

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,
a/k/a Allstate Insurance Company,

       Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

       The Court has considered the parties' Stipulation of Dismissal with Prejudice (ECF No. 16) and hereby orders that this case be dismissed with prejudice, each party to bear his or its own costs and fees.

       DATED this 5th day of November, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1